UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Isyen Crespo aka Isyen Crespo Vicent

                                      CASE NO. 21-20978-AJC
                                      CHAPTER 7

    Debtor(s).
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
### 8886 NW 116TH ST, HIALEAH GARDENS, FL 33018

NOTICE IS HEREBY GIVEN of the appearance of eXL Legal, PLLC, as counsel for WELLS FARGO BANK, N.A., a creditor in the above-styled cause. Pursuant to Bankruptcy Rule 2002, Counsel requests copies of all pleadings and notices to creditors or other parties in interest be addressed to eXL Legal, PLLC, 12425 28th Street North, Suite 200, St. Petersburg, FL 33716, and pursuant to Bankruptcy Rule 2002(g), requests Counsel's name and address be added to the Clerk's matrix list of creditors.

                                      eXL Legal, PLLC
                                      Steve Tran, Esq.
                                      12425 28th Street North, Suite 200
                                      St. Petersburg, FL 33716
                                      Telephone No. (727) 536-4911
                                      Email Address: bk@exllegal.com
                                      Attorney for the Movant

                                      By:  /s/Steve D. Tran

                                      Steve Tran
                                      FLBN 14822

1000006774

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1.

      I FURTHER CERTIFY that a true and correct copy of the foregoing was furnished on November 29, 2021 U.S. Mail and/or electronic mail via CM/ECF to:

RICARDO CORONA, ESQ.  
6700 NW 38TH COURT  
MIAMI, FL 33155

SCOTT N BROWN, TRUSTEE  
1 SE 3 AVE #1400  
MIAMI, FL 33131

OFFICE OF THE US TRUSTEE  
51 S.W. 1ST AVE  
SUITE 1204  
MIAMI, FL 33130

      The parties identified below were served on November 29, 2021 by U.S. Mail.

ISYEN CRESPO  
8886 NW 116TH STREET  
HIALEAH, FL 33018

      eXL Legal, PLLC  
      Steve Tran, Esq.  
      12425 28th Street North, Suite 200  
      St. Petersburg, FL 33716  
      Telephone No. (727) 536-4911  
      Email Address: bk@exllegal.com  
      Attorney for the Movant

      By: /s/Steve D. Tran  
      Steve Tran  
      FLBN 14822

1000006774